### 41826. NATIONAL SURETY CORPORATION v. ALGERNON BLAIR, INC.

Per Curiam. The judgment of this court in 114 Ga. App. 30 (150 SE2d 256), having been reversed by the Supreme Court in *Algernon Blair, Inc. v. National Surety Corp.*, 222 Ga. 672 (151 SE2d 724), is hereby vacated. The judgment of the trial court is

Affirmed. *Bell, P. J., Jordan and Eberhardt, JJ., concur.*

Decided November 28, 1966.

*Nall, Miller, Cadenhead & Dennis, James W. Dorsey,* for appellant.

*Powell, Goldstein, Frazer & Murphy, Eugene Partain, Wayne Shortridge,* for appellee.